**Order entered September 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00207-CV

### RANDALL LEE HALER, Appellant

### V.

### BOYINGTON CAPITAL GROUP, INC., Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-02144-06**

## ORDER
### Before the Court En Banc

Before the Court is Randall Haler's motion for rehearing filed on September 3, 2013.

The motion is **DENIED**.


        /s/     JIM MOSELEY
                JUSTICE